**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anderson BENITEZ, Defendant–
Appellant.**

No. 05–16812
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 26, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Robin J. Farnsworth, Patrick M. Hunt, Fort Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, the Assistant Federal Public Defender assigned to Anderson Benitez on appeal, has filed a motion to allow the Federal Public Defender, Kathleen M. Williams, to withdraw on appeal supported by a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Benitez's convictions and sentences are **AFFIRMED**.

We further deny Benitez's *pro se* motion to proceed *in forma pauperis* as moot, and deny his *pro se* motions for an extension of time to file his argument on appeal and to appoint new counsel.